■ In the Matter of JOHN L. LASCARIS, as Commissioner of the Onondaga County Department of Social Services, Respondent, v PEGGY A. THOMAS, Appellant. — Order unanimously affirmed, without costs *(Matter of Orlando F.,* 40 NY2d 103, 110; *Matter of William Michael A.,* 70 AD2d 1007, 1008, mot for lv to app den 48 NY2d 605; see *Matter of Hime Y.,* 52 NY2d 242, 251). (Appeal from order of Onondaga County Family Court, Schneider, J. — neglect petition.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ.